IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONSTANCE HANSCOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.    5:17-CV-259-C |
| | ) |
| USAA CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their counsel of record, hereby stipulate to the dismissal of all claims against Defendant USAA Casualty Insurance Company with prejudice to the filing of future actions, with Plaintiff and USAA CIC to each bear her or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this _8__ day of August, 2017.

Respectfully submitted,

*s/ Jason Waddell*
Jason Waddell, OBA # 30761
Jason Waddell, PLLC
222 NW 13th Street
Oklahoma City OK  73103

ATTORNEY FOR PLAINTIFF

*s/ Jodi Dishman*
Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
Telephone:     (405) 235-9621
Facsimile:     (405) 235-0439
E-mail:        jodi.dishman@mcafeetaft.com
               andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT USAA
CASUALTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this __8_ day of August, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Jodi W. Dishman
Andrew J. Morris

*/s/  Jason Waddell*
Jason Waddell